VERONICA ARECHEDERRA HALL, Bar No. 5855
Veronica.hall@jacksonlewis.com
Marcus B. Smith, Bar No. 12098
Marcus.smith@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA PARTNERS d/b/a MONTE CARLO RESORT AND CASINO,<br><br>Defendant. | Case No. 2:12-cv-01246-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dorothy Coleman and Defendant Victoria Partners dba Monte Carlo Resort and Casino, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

. . .

. . .

. . .

-1-

JACKSON LEWIS LLP
LAS VEGAS

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: May 13, 2013

_____
Veronica Arechederra Hall, Esq.
Marcus B. Smith, Esq.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

Dated: May 13, 2013

/s/ Richard Segerblom_____
Richard Segerblom, Esq.
704 S. Ninth St.
Las Vegas, NV 89101

Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated May 15, 2013.

_____
UNITED STATES DISTRICT JUDGE

4837-9210-2931, v. 1